```
 1  DOWNEY, BRAND, SEYMOUR & ROHWER
    Stephen J. Meyer (State Bar No. 75326)
 2  Steven P. Saxton (State Bar No. 116943)
    Robert C. Bylsma (State Bar No. 148883)
 3  555 Capitol Mall, 10th Floor
    Sacramento, California 95814-4686
 4
    QUINN EMANUEL URQUHART & OLIVER
 5  Gary A. Feess (State Bar No. 61093)
    Douglas A. Kuber (State Bar No. 130165)
 6  655 South Hope Street, 16th Floor
    Los Angeles, California 90017-3211
 7  (213) 624-7707

 8  Attorneys for State of California,
    Department of Conservation, Division of
 9  Recycling
```

**ORIGINAL**

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 12 1993
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, DEPARTMENT OF CONSERVATION, DIVISION OF RECYCLING, by and through EDWARD HEIDIG, Director of Conservation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BAKER, RONALD STEIN and UNISOURCE METALS TRADING CORPORATION,<br><br>Defendants. | Case No. CV 93-6573-AWT(EEx)<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Docketed
Mld copy Ptys
Mld Ntice Ptys
JS-6

NOV 1 2 1993

00063

1  NOTICE IS HEREBY GIVEN that pursuant to Fed. Rule Civ. P.
2  41(a), plaintiff voluntarily dismisses the above-captioned action
3  without prejudice.
4
5  DATED: November 8, 1993
6                                    DOWNEY, BRAND, SEYMOUR & ROHWER
7                                    QUINN EMANUEL URQUHART & OLIVER
8
9                                    By _____
                                         Douglas A. Kuber
10                                       Attorneys for State of California
                                         Department of Conservation,
11                                       Division of Recycling
12
13  4011005

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF _____

I have read the foregoing _____ and know its contents.

☒ CHECK APPLICABLE PARAGRAPH

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____ , a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____ , a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , 19___ , at _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____          _____
Type or Print Name                    Signature

## PROOF OF SERVICE
1013A (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is: 5431 Cleon Avenue, North Hollywood, CA 91601

On November 8, 1993, I served the foregoing document described as NOTICE OF VOLUNTARY DISMISSAL

on interested parties in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Kay E. Tucker                    Dennis Kinnaird, Esq.
Michael C. Baum                  MUNGER, TOLES & OLSON
TUCKER & BAUM                    355 S. Grand Avenue
228 S. Beverly Drive             Los Angeles, CA 90071
Beverly Hills, CA 90212-3880

☐ BY MAIL

☐ *I deposited such envelope in the mail at _____ , California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , 19___ , at _____ , California.

☒ **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on November 8, 1993, at Los Angeles, California.

☒ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Chat Tanpatanatanakorn                       [signature]
_____                       _____
Type or Print Name                            Signature

STUART'S EXBROOK TIMESAVER (REVISED 5/1/88)
NEW DISCOVERY LAW 2030 AND 2031 C.C.P.
(May be used in California State or Federal Courts)

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

IN SAN DIEGO COUNTY LOCAL RULE 6.7 REQUIRES "ALL PROOFS OF SERVICE FILED WITH THE COURT AS OF JULY 1, 1990" MUST SPECIFY THE NAME OF THE PARTY SERVED, THE NATURE AND STATUS OF HIS/HER INVOLVEMENT IN THE CASE, I.E. PLAINTIFF, DEFENDANT, CROSS COMPLAINANT, ETC., AND THE NAME, ADDRESS AND PHONE NUMBER OF HIS/HER COUNSEL OF RECORD.